JOHN F. McCABE, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 27610.) — Appeal from a judgment of the Court of Claims dismissing claim. Claimant was an inmate of the Rockland State Hospital for the mentally ill, and a sufferer from dementia praecox. He, with three or more inmates, under the direction of a supervisor, was engaged in loading coal into a mechanized conveyor. The attendant had warned this claimant and others to keep away from gears which operated the machine. The proof did not sustain a recovery and the dismissal of the claim was proper. (*Excelsior Ins. Co. of N. Y.* v. *State of New York,* 296 N. Y. 40; *Flaherty* v. *State of New York,* 296 N. Y. 342.) Judgment unanimously affirmed, without costs. Present — Hill, P. J., Brewster, Foster, Russell and Deyo, JJ. [190 Misc. 11.]

RAYMOND COLEHAMER, Appellant, v. CITY OF TROY, Respondent.— Appeal from an order of the Supreme Court at Special Term, Albany County, which dismissed the complaint herein on the ground it did not state facts sufficient to constitute a cause of action. The accident happened April 11, 1946, and the bill of particulars served shows that a notice of claim was not filed against the City of Troy until June 22, 1946, or more than sixty days after the happening of the accident. Plaintiff thus failed to comply with the requirements of section 50-e of the General Municipal Law and section 244 of the Second Class Cities Law. Cases, cited by appellant, dealing with the service of a notice of defect have no application to a notice of claim. Order unanimously affirmed, without costs. Present — Hill, P. J., Heffernan, Foster, Russell and Deyo, JJ.

HORACE B. CASEY, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 28312.) — Appeal from a judgment of the Court of Claims denying a claim for property damage. The evidence did not show negligence on the part of the State. Judgment unanimously affirmed, without costs. Present — Hill, P. J., Heffernan, Foster, Russell and Deyo, JJ. [191 Misc. 95.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PETER E. POTSKOWSKI, PASQUALE M. CAPUANO and CARL H. LADUE, Appellants.— Defendants have appealed from a judgment of the County Court of Essex County, convicting them of the crime of assault in the second degree. The judgment of conviction directed that each of the defendants be sentenced to an indeterminate term, the minimum of which was not less than one year and three months and the maximum of which was not more than two years and six months, in Clinton Prison at Dannemora, New York. In addition thereto, the defendant Potskowski was fined the sum of $1,000. In the case of the defendant LaDue the judgment of conviction is reversed, on the law and facts, and the indictment dismissed. In the case of the defendants Potskowski and Capuano the judgment in each case is modified, on the law and facts, and the judgment of conviction in each case is reduced from the crime of assault in the second degree to the crime of assault in the third degree. The judgment of conviction as to these two defendants is that the sentence in each case be reduced to the time which they have already served in Clinton Prison at Dannemora, New York, and each of the defendants is discharged from further imprisonment. In the case of the defendant Potskowski the fine is reduced from the sum of $1,000 to the sum of $500. Upon the nonpayment of such fine that defendant is directed to serve one day for each $1 of the fine unpaid in the County Jail of Essex County. Heffernan, Foster and Russell, JJ., concur; Hill, P. J., and Deyo, J., dissent.